UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 16-10107-DJC

UNITED STATES OF AMERICA

v.

JOSEPH YERARDI

**MEMORANDUM AND ORDER OF DETENTION**

Kelley, M.J.

The defendant is charged by indictment with 18 U.S.C. § 1955, conducting an illegal gambling business, 18 U.S.C. § 892(a), conspiracy to make extortionate extensions of credit, and making extortionate extensions of credit, among other crimes. Defendant's initial appearance and arraignment was before Boal, J. on April 14, 2016. The case was scheduled for a detention hearing on April 21, 2016.  At the hearing, the government presented one witness, admitted exhibits, and played portions of certain telephone calls.   Defense counsel cross-examined the witness but then asked that the hearing be suspended as he had not reviewed the materials used by the government at the hearing.  The defendant, represented by counsel, consented to the entry of an order of detention, without prejudice to his right to reopen the matter at a later date.

Accordingly, it is ORDERED that the defendant be DETAINED pending trial, and it is further ORDERED that:

(1) the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) the defendant be afforded reasonable opportunity for private consultation with counsel; and

(3) on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a hearing to further consider the issue of pre-trial detention, regardless of whether there have been changed circumstances.

/ s / Page Kelley
PAGE KELLEY
United States Magistrate Judge