AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

For the     DISTRICT OF     Massachusetts

United States of America

v.

Joseph Yerardi, Michael Burke and Michael Habicht

**EXHIBIT AND WITNESS LIST**

Case Number: 1:16-cr-10107-DJC-1,3,5

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| M. Page Kelley | Timothy Moran | Kerner, Davenport, Marano |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/21/16-4/21/16 | Digital Recorder | Kellyann Moore |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Testimony Special Agent Simon |
| 1 | | 4/21/2016 | x | x | Wiretap exerpts (CD) |
| 2A | | 4/21/2016 | x | x | Photo of Joseph Yerardi |
| 2B | | 4/21/2016 | x | x | Photo of Joseph Yerardi with debtor #3 |
| 2C | | 4/21/2016 | x | x | Photo |
| 2D | | 4/21/2016 | x | x | Photo of Joseph Yerardi with debtor #3 |
| 3A | | 4/21/2016 | x | x | Photos of Joseph Yerardi and Anthony Corso |
| 3B | | 4/21/2016 | x | x | Photos of Joseph Yerardi and Anthony Corso |
| 4 | | 4/21/2016 | x | x | Transcript of call with Michael Burke and Debtor #3 |
| 5 | | | x | x | Photocopy of papers with names and numbers |
| 6A | | | x | x | Photo of money and a knife |
| 6B | | | x | x | Photo of two knives |
| 6C | | | x | x | Photo of knife under bed |
| 6D | | | x | x | Photo of knife |
| 7A | | | x | x | Photo of knife in car |
| 7B | | | x | x | Photo of knife |
| 8 | | | x | x | Judgment from 1:93-CR-10278-001-REK |
| 9 | | | x | x | Copy of paper |
| 10 | | | x | x | Apartment lease |
| 11 | | | x | x | Copy of papers |
| 12A- | 12F | | x | x | Photo of perscription bill bottles |
| 13 | | | x | x | Photo of knife |
| 14 | | | x | x | Sealed exhibit |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages